EAGLE ELECTRIC CO., INC.

v.

RAYMOND CONSTRUCTION CO., INC.

BROWN'S FLOOR COVERING, INC.

v.

RAYMOND CONSTRUCTION CO., INC.

No. 81–225–A.

Supreme Court of Rhode Island.

Dec. 17, 1981.

John F. McDonough, North Providence, for plaintiffs.

Daniel J. Donovan, Providence, for defendant.

A. Lauriston Parks, Providence, for respondent.

ORDER

The plaintiffs' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.